UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRASIO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>BOOSTED COMMERCE, INC., BOOSTED ECOMMERCE, INC., AND CHARLES CHANARATSOPON,<br><br>        Defendants. | Case No. 2:21-CV-1337-CBM(SKx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTIONS FOR SANCTIONS [65]**<br><br>Date: December 14, 2021<br>Time: 10:00 a.m.<br>Courtroom: 8B, 8th Floor<br>Judge: Hon. Consuelo B. Marshall |

This matter is before the Court upon the parties' Joint Stipulation to Continue Hearing on Defendants' Motion to Dismiss and Motions for Sanctions. After considering the parties' joint stipulation, the Court finds there is good cause to continue the hearing date. IT IS HEREBY ORDERED that:

1. The hearing date on Defendants' motion to dismiss [ECF No. 57] and motions for sanctions [ECF No. 56; Case No. 2:21-cv-2422-CBM-SK, ECF No. 33] is continued to January 11, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated: December 8, 2021    By: _____
                                                  HON. Consuelo B. Marshall
                                                  UNITED STATES DISTRICT JUDGE